**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 17-6677**

PIPER ANN ROUNTREE,

       Plaintiff - Appellant,

    v.

HAROLD CLARKE, Director of Virginia Department of Corrections; CHARLENE DAVIS, Assistant to Gary L. Bass, Virginia Department of Corrections; PHYLLIS BASKERVILLE, Prior Warden, Fluvanna Correctional Center for Women; GARY L. BASS, Regional Adminstrator Virginia Department of Corrections; TAMMY BROWN, Warden, Fluvanna Correctional Center for Women; LOUIS B. CEI; UNKNOWN MEMBERS OF VIRGINIA DEPARTMENT OF CORRECTIONS' FAITH REVIEW COMMITTEE; MICHAEL SHUPE; LAYTON LESTER,

       Defendants - Appellees.

Appeal from the United States District Court for the Western District of Virginia, at Roanoke. Glen E. Conrad, District Judge. (7:15-cv-00220-GEC-RSB)

Submitted: September 28, 2017           Decided: October 3, 2017

Before WILKINSON, MOTZ, and KING, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Piper Ann Rountree, Appellant Pro Se. Laura Haeberle Cahill, OFFICE OF THE ATTORNEY GENERAL OF VIRGINIA, Richmond, Virginia, for Appellees.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Piper Ann Rountree appeals the district court's orders denying relief on her civil action brought pursuant to 42 U.S.C. § 1983 (2012) and the Religious Land Use and Institutionalized Persons Act, 42 U.S.C. §§ 2000cc to 2000cc–5 (2012), and denying her motion to reconsider. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Rountree v. Clarke,* No. 7:15-cv-00220-GEC-RSB (W.D. Va. Jan. 26, 2016; Feb. 16, 2017; Apr. 28, 2017). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*